# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALTON CROMARTIE, | : | Case No. 2:23-cv-01802 |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| ARTHUR HALE, *et al.*, | : | |
| Defendants. | : | |

## OPINION AND ORDER

This case is exempt from the requirements of Rules 26(a)(1) and 26(f)(1) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv); S.D. Ohio Civ. R. 16.2. Pursuant to Rule 16(b), the Court orders that this matter shall proceed as follows:

DISCOVERY shall be completed no later than **December 12, 2024**. Depositions of any persons who are incarcerated may proceed on such terms and conditions as the institution shall impose.

DISPOSITIVE MOTIONS shall be filed no later than **January 31, 2025**.

The Court will schedule a final pretrial conference and trial by separate order following resolution of any dispositive motions.

**IT IS SO ORDERED.**

                                           */s/ Caroline H. Gentry*
                                           Caroline H. Gentry
                                           United States Magistrate Judge