# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Alton Cromartie,

      Plaintiff,

v.

Dr. Arthur Hale, *et al.*,

      Defendants.

Case No. 2:23-cv-01802
Judge James L. Graham
Magistrate Judge Caroline H. Gentry

## **ORDER**

      This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 14), which recommended that the bulk of Plaintiff's initial complaint (Doc. 1) be dismissed, and that Plaintiff's motion to access the law library (Doc. 11) be denied. Plaintiff has since amended his complaint (*see* Doc. 15), and therefore the recommendation of dismissal as to his initial complaint are now moot.

      No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 14), which is hereby adopted. Accordingly, plaintiff's motion for access to the law library (Doc. 11) is **DENIED**.

      s/ James L. Graham
      JAMES L. GRAHAM
      United States District Judge

DATE: September 26, 2024