# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ALTON CROMARTIE, | : | Case No. 2:23-cv-01802 |
| Plaintiff, | : | Judge James L. Graham |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## ORDER CLARIFYING THE DOCKET

This matter is before the Court on its own review of the docket. The Clerk of Court is **DIRECTED** to **TERMINATE** Mary Roush, Ashley Orsbone, and Marilyn Rodriguez as defendants on the docket. These individuals were not named as defendants in the Second Amended Complaint (Doc. No. 21) which is now the operative complaint in the case and they are therefore no longer defendants herein.

Consistent with the Second Amended Complaint, the Clerk is further **DIRECTED** to list the short title of this case on the docket as 'Cromartie v. Ohio Department of Rehabilitation and Corrections.' The parties shall use the corresponding caption set forth above until further order of court.

**IT IS SO ORDERED.**

 */s/ Caroline H. Gentry*
 Caroline H. Gentry
 United States Magistrate Judge