# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALTON CROMARTIE, | : Case No. 2:23-cv-01802 |
| Plaintiff, | : Judge James L. Graham |
| vs. | : Magistrate Judge Caroline H. Gentry |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | : |
| Defendants. | : |

## ORDER MODIFYING THE CASE SCHEDULE AND PROPOSING MEDIATION

The parties have filed a joint motion to modify the case schedule. (Doc. No. 28.) The Motion is **GRANTED** as follows:

DISCOVERY shall be completed no later than **July 11, 2025.**

DISPOSITIVE MOTIONS shall be filed no later than **August 11, 2025.**

The Court will schedule a final pretrial conference and trial by separate order after any dispositive motions are resolved.

In addition, it appears that this case may benefit from an early mediation. The parties are each **ORDERED** to file a response to this Order indicating whether they believe mediation would be fruitful at this time and whether they are interested in engaging with a Court-sponsored mediator at no cost to them. The parties shall file their responses **within fourteen (14) days** of this Order.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge