# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION
# COLUMBUS, OHIO

| | |
|---|---|
| **ALTON CROMARTIE** ) | Case No. 2:23-cv-01802 |
| ) | |
| **Plaintiff**, ) | |
| ) | Judge James L. Graham |
| ) | Magistrate Judge Caroline Gentry |
| vs. ) | |
| ) | |
| **OHIO DEPARTMENT OF** ) | |
| **REHABILITATION AND** ) | |
| **CORRECTION**, *et. al.* ) | |
| ) | |
| **Defendants.** ) | |

## PARTIES' JOINT RESPONSE TO ORDER MODIFYING THE CASE SCHEDULE AND PROPOSING MEDIATION (ECF No. 31)

Pursuant to the Court's February 11, 2025, Order Modifying the Case Schedule and Proposing Mediation, the Parties provide this joint response. Plaintiff and Defendants are in agreement that mediation is appropriate, but it would be most fruitful after at least some discovery is conducted.

Respectfully submitted,

**/s/ Angela S. Larsen**
Elijah B.D. Hack (0099633)
Angela S. Larsen (0105189)
Mark A. Vander Laan (0013297)
Ohio Justice & Policy Center
215 E. 9th St., Suite 601
Cincinnati, Ohio 45202
(513) 421-1108; 513-562-3200 (fax)
alarsen@ohiojpc.org
ehack@ohiojpc.org
mvanderlaan@ohiojpc.org

*Attorneys for Plaintiff*

**/s/Mindy Worly (per authorization 2/25/2025)**
**MINDY WORLY (0037395)**
Principal Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-0161; Fax: (866) 474-4985
Mindy.Worly@OhioAGO.gov
*Trial Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2025, a copy of Plaintiff's Response to Order Modifying the Case Schedule and Proposing Mediation was filed with the Court's electronic filing system.

**/s/ Angela S. Larsen**
Angela S. Larsen (0105189)