# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Alton Cromartie | : | |
| | : | Case No. 2:23-cv-01802 |
| Plaintiff, | : | |
| v. | : | Judge Graham |
| | : | |
| Ohio Department of Rehabilitation and Corrections, *et al.*, | : | Magistrate Judge Gentry |
| | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Gentry (doc. 29), recommending that Defendants' motion for judgment on the pleadings (doc. 24) be denied. No objections to the R&R have been filed, and the time for filing such objections has expired. Therefore, the Court **ADOPTS** the R&R (doc. 29) and **ORDERS** that Defendants' motion for judgment on the pleadings (doc. 24) is hereby **DENIED.**

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 12, 2025