UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
COLUMBUS, OHIO

| | | |
|---|---|---|
| **ALTON CROMARTIE** | ) | Case No. 2:23-cv-01802 |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | Judge James L. Graham |
| | ) | Magistrate Judge Caroline Gentry |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **ARTHUR HALE, M.D.,** *et. al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## REQUEST FOR SUBSTITUTION OF COUNSEL

Now comes Attorney Lizett M. Schreiber, of the Ohio Justice and Policy Center, and hereby requests leave of court pursuant to S.D. Ohio Civ. R. 83.4(b) to substitute for Attorney Elijah B. D. Hack as counsel for Plaintiff Alton Cromartie in the above-captioned matter. Attorney Hack is no longer with the Ohio Justice and Policy Center. Written notice has been provided to the client and opposing counsel pursuant to S.D. Ohio Civ. R. 83.4(b). Mark A. Vander Laan and Angela Larsen shall remain as co-counsel for Plaintiff. Please direct all pleadings and correspondence to her at the below address.

Respectfully submitted,

**/s/ Lizett M. Schreiber**
Lizett M. Schreiber (0084708)
Ohio Justice and Policy Center
341 South Third Street, Suite 11
Columbus, Ohio 43215
O: 614-362-1644 x 95
F: 513-562-3200
lscheiber@ohiojpc.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon the parties via the Court's electronic filing system.

**/s/ Lizett M. Schreiber**
Lizett M. Schreiber (0084708)