# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALTON CROMARTIE, | : | Case No. 2:23-cv-01802 |
| | : | |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | : : : : | |
| | : | |
| Defendants. | : | |

## SECOND ORDER MODIFYING THE CASE SCHEDULE

The parties have filed a second joint motion to modify the case schedule. (Doc. Nos. 36, 31.) The Motion is **GRANTED** as follows:

DISCOVERY shall be completed no later than **December 11, 2025.**

DISPOSITIVE MOTIONS shall be filed no later than **January 11, 2026.**

The Court will schedule a final pretrial conference and trial by separate order after any dispositive motions are resolved.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge