# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ALTON CROMARTIE, | : | Case No. 2:23-cv-01802 |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## THIRD ORDER MODIFYING THE CASE SCHEDULE

The parties have filed a third joint motion to modify the case schedule. (Doc. No. 39.)

The Motion is **GRANTED** as follows:

DISCOVERY shall be completed no later than **March 11, 2026**.

DISPOSITIVE MOTIONS shall be filed no later than **April 11, 2026**.

The Court will schedule a final pretrial conference and trial by separate order after any dispositive motions are resolved.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge