**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALTON CROMARTIE, | : | Case No. 2:23-cv-01802 |
| | : | |
| Plaintiff, | : | District Judge James L. Graham |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| OHIO DEPARTMENT OF | : | |
| REHABILITATION AND | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## FOURTH ORDER MODIFYING THE CASE SCHEDULE

The parties have filed a fourth joint motion to modify the case schedule. (Doc. No. 41.) The Motion is **GRANTED** as follows:

DISCOVERY shall be completed no later than **May 11, 2026**.

DISPOSITIVE MOTIONS shall be filed no later than **July 11, 2026**.

There will be no further extension of these two deadlines, unless extraordinary circumstances are shown. The Court will schedule a final pretrial conference and trial by separate order after any dispositive motions are resolved. If the parties wish to engage with a Court-sponsored mediator at no cost to them, they may notify the Court. (*See* Doc. Nos. 31, 33.)

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge