**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALTON CROMARTIE,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:23-cv-01802<br><br>District Judge James L. Graham<br>Magistrate Judge Caroline H. Gentry |

## ORDER

The parties have jointly asked the Court to refer this case to court-sponsored mediation. (Doc. No. 47.) They also ask the Court to stay the case deadlines while mediation occurs. (*Id*.)

The motion is **GRANTED**. The current case deadlines are hereby **STAYED** until further order of the Court. The undersigned will provide details about the mediation by separate communication.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge